FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NICOLE M.,

                   Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

                   Defendant.

NO:  4:26-CV-5022-TOR

ORDER GRANTING STIPULATED
MOTION FOR REMAND

BEFORE THE COURT is the parties' Stipulated Motion for Remand.  ECF No. 9.  The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand, ECF No. 9, is **GRANTED**.
   This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42
   U.S.C. § 405(g) for further administrative proceedings.

2. On remand, the Administrative Law Judge (ALJ) will reevaluate all relevant

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

issues; offer the claimant an opportunity to submit additional evidence; take any further action necessary to develop the record; and issue a new decision.

3. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED June 10, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2