AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 10, 2026**

SEAN F. McAVOY, CLERK

NICOLE M.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| *Defendant* | ) |

Civil Action No.   4:26-CV-5022-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    The Parties' Stipulated Motion for Remand, ECF No. 9, is GRANTED. This case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. JUDGMENT is entered for the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Thomas O. Rice _____

Date:  6/10/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*